UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| KIMBERLY A. KEISTER, | Civil No. 3:11-cv-05216-RBL-JRC |
|---|---|
| Plaintiff, | ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

After considering the Defendant's motion for an extension of time to file an Answer (ECF No. 10) and that Plaintiff's Counsel has no objection, it is hereby:

ORDERED that an extension, to and including August 9, 2011, to file Defendant's answer, is GRANTED.

DATED this 13th day of June 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1  ORDER - [3:11-cv-05216-RBL-JRC]